June 29, 1971.

M. P. No. 1302. HOWARD WARREN TATE v. FRANCIS A. HOWARD, *Warden.* Amedeo C. Merolla appointed counsel to represent petitioner in further prosecution of petition for habeas corpus pending in Supreme Court. *Amedeo C. Merolla,* for

petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.